IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROXANNE MCDANIEL, | ) | 1:09cv0944 BAK [DLB] |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION TO DISMISS ACTION |
| Plaintiff, | ) | |
| | ) | (Document 14) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed the instant action challenging the denial of Supplemental Security Income on May 28, 2009.[1]

On October 1, 2009, Defendant lodged the Social Security Administrative Transcript.

On October 21, 2009, Plaintiff, through counsel, filed a Notice of Voluntary Dismissal of Complaint and moves the Court for an order of dismissal pursuant to Federal Rule of Civil Procedure 41. Counsel explains that Plaintiff died after the Complaint was filed leaving no spouse and no minor children.

---

[1] The Court notes that its docket identifies Plaintiff as "Roxanne McDaniel." However, both the Complaint and the Notice of Voluntary Dismissal identify Plaintiff as "Roxanna McDaniel." (Docs. 1 and 14).

1

1  Accordingly, Plaintiff's motion is GRANTED and this action is DISMISSED.

3  IT IS SO ORDERED.

4  Dated:   **October 22, 2009**                                **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE